

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-25-00241-CV

---

BAXSTO, LLC, IFTK HOLDINGS, LLC, ASHLEY BAXTER STOUT,
AND JOHN COLE STOUT, APPELLANTS

V.

DIVERSIFIED LENDERS, INC., APPELLEE

---

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. DC-2025-CV-0060-A, Honorable Les Hatch, Presiding

---

August 25, 2025

## ORDER OF ABATEMENT

Before PARKER and DOSS and YARBROUGH, JJ.

Appellants, Baxsto, LLC, IFTK Holdings, LLC, Ashley Baxter Stout, and John Cole Stout, appeal from the trial court's *Default Judgment*. Appellants have notified the Court that Baxsto, LLC filed a bankruptcy petition on August 21, 2025, in the United States Bankruptcy Court for the Western District of Texas, case number 25-11291-smr. *See* TEX. R. APP. P. 8.1.

Consequently, pursuant to Rule of Appellate Procedure 8.2, we abate the appeal and suspend all appellate deadlines until further order of this Court. The parties may file a motion to reinstate or sever the appeal if permitted by federal law or the bankruptcy court. *See* TEX. R. APP. P. 8.3. The parties shall promptly inform this Court of the resolution of the bankruptcy proceeding or any other event authorizing reinstatement of the appeal.

It is so ordered.

Per Curiam